**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| RONNIE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>eMortgage Funding, LLC, and<br>Samer Ajami,<br><br>Defendants. | Case No. 2:26-cv-11202 |

**DEFENDANTS' MOTION TO DISMISS**
**FIRST AMENDED COMPLAINT**

Defendants eMortgage Funding LLC ("eMortgage") and Samer Ajami, through undersigned counsel, respectfully move to dismiss Plaintiff's First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 12(b)(6). Although Plaintiff amended his pleading in response to Defendants' original motion to dismiss, the FAC still fails to state a plausible claim for relief. The FAC impermissibly combines distinct TCPA theories into two broad counts without identifying which alleged communications violated which statutory or regulatory provisions, relies upon conclusory allegations and speculative attribution of unidentified calls and text messages to Defendants, and fails to plead sufficient facts to support Plaintiff's Michigan statutory claim or his requests for treble damages and injunctive relief. Even accepting Plaintiff's factual allegations as true, dismissal is warranted.

Pursuant to Local Rule 7.1(a), Defendants sought Plaintiff's concurrence in the relief requested herein before filing this Motion. Plaintiff, through his counsel affirmatively stated that he did not concur.

Date: July 6, 2026

Respectfully submitted,
**eMortgage Funding, LLC, and**
**Samer Ajami**

By: *_/s/ Nathan H. Lichtenstein_*
Nathan H. Lichtenstein (IL Bar #1655469)
Khoa D. Trinh (IL Bar #6351044)
ARONBERG GOLDGEHN
225 W. Washington St., Suite 2800
Chicago, IL 60606
(312) 755-3177
nlichtenstein@agdglaw.com
ktrinh@agdglaw.com

By: *_/s/ James J. Sarconi_*
James J. Sarconi (P66101)
SMITH & SARCONI PLC
13900 Lakeside Circle, Suite 203
Sterling Heights MI 48313
(586) 884-5420
jsarconi@s2attorneys.com

*Attorneys for Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I caused a copy of the foregoing motion, along with all supporting papers, to be filed with the Court's CM/ECF system, which will serve copies on all counsel of record.

Dated: July 6, 2026

Respectfully Submitted,

/s/ *Khoa D. Trinh*
Khoa D. Trinh