UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE DAVIS,

Plaintiff,

v.

EMORTGAGE FUNDING LLC and SAMER AJAMI,

Defendants.
______________________________/

Case No. 2:26-cv-11202

HONORABLE STEPHEN J. MURPHY, III

**ORDER STRIKING PLAINTIFF'S SUR-REPLY [16]**

Plaintiff Ronnie Davis sued Defendants eMortgage Funding LLC and Samer Ajami for violating the Telephone Consumer Protection Act. ECF No. 1. After Defendants moved to dismiss the claim, ECF No. 10, Davis amended the complaint, ECF No. 11. Defendants then moved to dismiss the complaint again. ECF No. 13. Davis responded, ECF No. 14, and Defendants replied, ECF No. 15. Two weeks later, Davis filed a sur-reply. ECF No. 16.

Local Rule 7.1 only permits a response and reply to a motion. Accordingly, a party must first obtain leave from the Court before it files a sur-reply. Here, Davis did not obtain leave from the Court to file a sur-reply to Defendants' motion to dismiss. The Court will therefore order the Clerk of the Court to strike the sur-reply, ECF No. 16, from the docket. Going forward, Davis should note that sur-replies are highly disfavored in this circuit. *See Scottsdale Ins. Co. v. Flowers*, 513 F.3d 546, 553 (6th Cir. 2008).

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **STRIKE** Plaintiff's sur-reply [16].

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 19, 2026